# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I, INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC3,

Appellant,

vs.

ALKI, LLC SERIES "B",

Respondent.

No. 69141

FILED

FEB 2 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from a district court's findings of fact, conclusions of law, and order in an action to quiet title. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

When our initial review of the docketing statement and documents submitted to this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the order challenged on appeal was not appealable as a final judgment under NRAP 3A(b)(1) because respondent's claim for slander of title remained pending in the district court, and that claims remained pending against defendant Rae Anne Berry.

In the response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction, appellant agrees that the slander of title claim remains outstanding and that claims remain pending against defendant Rae Anne Berry. Because these claims remain pending in the district court, the order challenged on appeal is not a final

appealable judgment, *see* NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000), and appellant fails to demonstrate that this court otherwise has jurisdiction over this appeal. Accordingly, it appears we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Susan Johnson, District Judge
        Wright, Finlay & Zak, LLP/Las Vegas
        The Law Office of Mike Beede, PLLC
        Eighth District Court Clerk